■ In the Matter of ROSLYN LEIBER, Respondent-Appellant, v. LOUIS ROSE-FIELDE, Appellant-Respondent.—

We find that an allowance of $110 a week for the children's support and that an allowance of $750 for the wife's counsel fee in this proceeding, are fair and reasonable under all the circumstances. We also find that the sums of $130 per week and $1,000, as fixed by the court below, are excessive under all the circumstances. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

(November 9, 1961)

■ GERTRUDE G. NOVACK, Respondent, v. JACK NOVACK, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

(November 10, 1961)

■ ADELINE COLELLA, Respondent, v. ORAZIO COLELLA, Appellant.— Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of ANTHONY PERLONGO, Doing Business as SAFEWAY AUTO DRIVING SCHOOL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Department of Motor Vehicles, Respondent.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.